I CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/13/12

Denise Vo
DEPUTY CLERK

JS-6/Enter

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JAN 1 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN JOHNSON,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL D. McDONALD, Warden,<br><br>    Respondent. | Case No. CV 11-3099-PSG (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 1/12/12

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 1 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY