JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN JOHNSON,<br><br>Petitioner,<br><br>vs.<br><br>MICHAEL D. McDONALD, Warden,<br><br>Respondent. | Case No. CV 11-3099-PSG (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5/20/15

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE